UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                                    :

        Plaintiff,                                            :

        -v.-                                                   :   JUDGMENT OF FORFEITURE

ONE PRE-COLUMBIAN, PERUVIAN MOCHE                            :   19 Civ. 11312 (VM)
STIRRUP VESSEL IN THE FORM OF A BEAN
WARRIOR, CIRCA 150-550 AD                                    :

        Defendant-*in-rem*.                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 3/5/20 |

WHEREAS, on or about December 11, 2019, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendant-*in-rem*, by the filing of an Amended Verified Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendant-*in-rem* is subject to forfeiture pursuant to Title 19, United States Code, Sections 1595a(c) and 2609(a);

WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on December 14, 2019, through January 12, 2020, and proof of such publication was filed with the Clerk of this Court on March 4, 2020 (D.E. 5);

WHEREAS, on or about December 20, 2019, notice letters and a copy of the Verified Complaint were sent to the following:

        Arte Primitivo
        Howard S. Rose Gallery
        3 East 65th Street – Suite 2
        New York, NY 10065

        T. Braun
        Altona, Manitoba R0G0B0
        Canada

WHEREAS, on or about February 3, 2020, Todd Braun ("Braun") submitted a letter to the Court stating that Braun "will not be contesting the forfeiture of" the Defendant-*in-rem* (D.E. 4);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendant-*in-rem* shall be, and the same hereby is forfeited to the plaintiff United States of America.

2. The Department of Homeland Security, Homeland Security Investigations (or its designee) shall dispose of the Defendant-*in-rem*, according to law.

3.      The Clerk of the Court shall forward four certified copies of this Judgment

of Forfeiture to Assistant United States Attorney, Alexander J. Wilson, Co-Chief of the Money

Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York,

New York, 10007.


Dated: New York, New York
       March 5, 2020


                        SO ORDERED:


                        _____
                        THE HONORABLE VICTOR MARRERO
                        UNITED STATES DISTRICT JUDGE